SAMUEL BAILEY, Plaintiff-Appellee, *v.* ADDIE LEE BAILEY, Defendant-Appellant.

(No. 58814;

First District (5th Division)—February 22, 1974.

Opinion by Mr. JUSTICE DRUCKER.

Charlotte Adelman, of Chicago, for appellant.

No appearance for appellee.